**FILED**
August 21, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | Case No. 2:20-mj-00129-EFB |
|          Plaintiff,                 ) | |
| v.                                  ) | |
|                                     ) | ORDER FOR RELEASE OF |
| SHANE MYBURGH,                      ) | PERSON IN CUSTODY |
|          Defendant.                 ) | |
|                                     ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, SHANE MYBURGH, Case No. 2:20-mj-00129-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00.

  _X_   Unsecured Appearance Bond

  ___   Secured Appearance Bond

  _X_   (Other) Conditions as stated on the record.

  _X_   (Other) The Defendant was ordered to appear in the Central District of California on 9/11/2020 at 1:00 p.m. before the Duty Magistrate Judge for further proceedings.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  8/21/2020  at  2:45 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge